821 A.2d 1147

SOUTHERN JERSEY FAMILY MEDICAL CENTER, PLAINTIFF–
RESPONDENT, v. CITY OF PLEASANTVILLE,
DEFENDANT–APPELLANT.

Argued April 28, 2003—Decided May 13, 2003.

*David D. Blake, III,* argued the cause for appellant (*Shaffer & Scerni,* attorneys).

*Arthur H. Jones, Jr.,* argued the cause for respondent (*Archer & Greiner,* attorneys; *Richard M. Conley,* of counsel and on the brief).

PER CURIAM.

The judgment is affirmed, substantially for the reasons expressed in Judge Winklestein's opinion of the Appellate Division, reported at 351 *N.J.Super.* 262, 798 *A.*2d 120 (2002).

*For affirmance*—Chief Justice PORITZ and Justices COLEMAN, LONG, VERNIERO, LaVECCHIA, ZAZZALI and ALBIN—7.

*Opposed*—None.